7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Gas−Mart USA, Inc.
*Debtor*

*Bankruptcy Case No.*
15−41915−abf11

**The Official Committee of Unsecured Creditors of Gas−Mart USA, Inc. et al.**
   Plaintiff(s)

*Adversary Case No.*
16−04082−abf

v.

**Willow Gas and Food, Inc.**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment by Default is hereby entered against Defendant, Willow Gas and Food, Inc., as authorized by Federal Rule of Civil Procedure 55 and Federal Rule of Bankruptcy Procedure 7055, in the amount of $63,435.87.

PAIGE WYMORE−WYNN
Court Executive

By: /s/ Sharon Greene
   Deputy Clerk



Date of issuance: 8/30/16

Court to serve